UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DR. ROBERT J. TASHJIAN,<br><br>           Plaintiff,<br><br>           v.<br><br>DEUTSCHE BANK, et al.<br><br>           Defendants. | CIVIL ACTION<br>NO.  19-40074-TSH |

## ORDER ON MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (Docket No. 20)

### MARCH 19, 2021

**HILLMAN, D.J.,**

After review of Magistrate Judge Hennessy's Report and Recommendations (Docket No. 20) and having provided the parties an opportunity to furnish objections, as required under Fed. R. Civ. P. 72(b), I ***adopt*** the Report and Recommendations.  Accordingly:

- Plaintiff's Motion to Proceed in Forma Pauperis (Docket No. 4) is ***granted***.
- Shellpoint Mortgage Servicing's Motion to Dismiss (Docket No. 6) is ***granted***.
- Ocwen Mortgage Loan Servicing, LLC and Deutsche Bank's Motion to Dismiss (Docket No. 10) is ***granted***.
- Korde & Associates, P.C.'s Motion to Dismiss (Docket No. 13) is ***granted***.
- Plaintiff's claims against Bank of New York Melon are ***dismissed sua sponte***.

**SO ORDERED.**

                                            ***/s/ TIMOTHY S. HILLMAN***
                                            **TIMOTHY S. HILLMAN**
                                            **DISTRICT JUDGE**